**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10cv5**

| | |
|---|---|
| LISA TRIVINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MOUNTAIN DREAMS, LLC, d/b/a ) | |
| Folkstone Inn, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Extend Discovery and Mediation Deadlines. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Extend Discovery and Mediation Deadlines (#13) is **GRANTED,** and the deadline for completion of discovery is enlarged up to and inclusive of December 1, 2010, and the mediation deadline is enlarge up to and inclusive of December 15, 2010.

Dockets.Justia.com

Signed: July 28, 2010

Dennis L. Howell
United States Magistrate Judge